IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CELESTE FLYNN,** *INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF NATHAN E. FLYNN*, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**OMEGA FLEX, INC.,**<br><br>Defendant. | CIVIL ACTION<br><br>NO. 20-3082-KSM |

# ORDER

**AND NOW**, this 29th day of September, 2021, upon consideration of Defendant's Motion to Dismiss Plaintiffs' Complaint Pursuant to Rule 12(b)(6) (Doc. No. 5), Plaintiffs' opposition brief (Doc. No. 11), Defendant's reply brief (Doc. No. 12), Plaintiffs' supplemental brief (Doc. No. 28), Defendant's supplemental brief (Doc. No. 29), and the arguments of counsel during oral argument on July 8, 2021, it is **ORDERED** that the motion is **DENIED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.